To All of Ya Judges and Prosecutors and to whom this Letter of Concern When I get out of the Pinta I'm coming for All of You Judges & Prosecutors I am going to shoot all of Ya and Blow Your Houses up with Ya in them and if You own a Business I will Blow that up to I'll park a truck outside Ya court House fill it with Heavy explosives and park it real close and Blow up Your Court Building and Kill alot of Ya on a Busy work day for Ya for everybody to see I will go state to state Blowing shit up Kill All of Your Judges and Prosecutors for locking most of American's up across the country it's Judgement day for All of Ya Judges and Prosecutors when they let me out of My ABYSS and Be released for a little while All Hell must Break loose Because I've Been waiting for a long time it's my mission I must obey Ya Wicked Judges and Prosecutors Sincerly James Cox

Judge Nanette K. Laughrey I'm going to KidNapp you and take you out in the woods and mountains and fuck you like a wild mountain man and fuck you like a animal and feel you from the insides for several hours then when I'm done Smoke a Cuban cigar put it out on your ASS take a gun Shoot and Kill you and then Leave your Body for the coyote's and Vultures, Wolfes some wild animals will eat your dead Body of course But then Better yet "I should pour gasoline all over your Body and Light you on fire and Sing deguello! Oh yeah

James Cox #1066187
Red Onion State Prison
P.O. Box 1900
Pound, Virginia 24279

Honorable Nanette K. Laughrey
United States District Judge
United States District Court for the Western District of Missouri
United States Court House
80 Lafayette Street
Jefferson City, Missouri 65101



James Cox #1066187C-508
Red Onion State Prison
P.O. Box 1900
Pound, Virginia 24279

United States District Court
Eastern District of Virginia
701 East Broad Street
Suite 3000
Richmond, Virginia 23219-3528



U.S. MARSHALS SERVICE
INSPECTED

RICHMOND VA
TM 377
22 OCT '15 PM 2 L

UNITED STATES POSTAL SERVICE
02 1M
0004287247
MAILED FROM ZIPCODE 24279
OCT 22 2015
$ 00.48⁵
PRIORITY PRESORTED
FREE LETTER

DEPARTMENT OF CORRECTIONS
CENSORED OR INSPECTED
BEFORE THE DEPARTMENT
ASSUME ANY RESPONSIBILITY
FOR ITS CONTENTS

OCT 26 2015
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

I'm just siting here premeditating how I'm going to kill ya Judges when I get out Shoot some of ya take a knife and cutt and peel your face off and wear them as Home made Mask pluck your eyes out your head and keep them as souvenirs in a old Pickle Jars What you don't think I do my own mother like this or father I want to drink your blood and sacrifice ya to Satan the Prince of Darkness oh yeah this makes me have a orgasm to murder and torture you people so called Rightous a Human sacrifice I want to put a stake through ya and drain your blood and watch you Judges die and BarBeQ some of you and eat you for super and dinner and sodomize some of ya too give me some of that soft tender juicy meat and roast some of ya too I want to fuck my mother dead body yes I like to play with dead body's nice and bloody this makes my dick hard as a rock Hang my older sister on a tree and beat her to death like a piñata watch all the blood come out the punta with such satisfaction and chop my Big Brother up with a meat cleaver and eat him as lunch meat just like I will do some of ya people I cant wait theres alot of dead bodies to fuck of course I will fuck some of ya alive though Male and females I'm fucking everybody because I want to feel you from the insides I might fuck me a sheep to and abuse it Baaaaaaaaaaaadad! I always wonder what its like to fuck a sheep BAAAAAAAAAAAD! oh yeah I fuck the hell out of a sheep right about now oh yeah nice and soft wow makes me horny!
666 666 666 666 666 666 666

Sincerely James Cox

1066(187)

2:16CR3

Judge James Jones I'm going to Kill you too But it's necessary I Shoot Donald TRUMP first then You After him You Be on the List After I Hit Donald trump deserving CARCASS first then Your dAMN nice Steaks! I will Cutt You up with a chain SAW and BARBEQ You into BARBEQue Roast grilled to a Soul wringing Brown yes "ed oh yeah right After Numerous Additional death's "I Certainly don't want to spoil this party it will make some nice photos particularly of the hieroglyphics in the Base "Perhaps this Could Be done in Houston! in the NASA, Area or else where.

James Cox
Sinncerely

James Cox
P.O. Box 280
Meadowview, Virginia
24361

SWVRJ neither censored nor inspected this item and assumes no responsibility for its content

United States District Court
180 West Main Street
Room 104 Abingdon, Virginia 24210

2:16 CR3

TO: Judge James Jones I'm going to get my ISIS Muslim Brother's to Blow up your House with heavy explosive's At Nighttime So it will Look like the 4th of July in the SKY I'm going to HAVE You Killed a dead Judge and Kidnap You And Set You on Fire on A Big BarBeQ grill "I Can Smell the Sweet AROMA of Your BarBeQue flesh Yummy "We take You down to Texas to — BarBeQ You" oh Yeah Jim a good O BarBeQ down in the Oace's with Your ISIS Buddy's good O Time Cookout! O man Sinncerely James Cox



GREENSBORO NC 274
PIEDMONT TRIAD AREA
06 JAN 2016 PM 5 L

James Cox
P.O. Box 260
Meadowview, Virginia
24361

United States District Court
160 West Main Street
Room 104 Abingdon, Virginia 24210

24210-285129

SWVRJ neither censored
nor inspected this
item and assumes
no responsibility
for its content

© USPS 2012