To: Whom May Concern

TO: NWI Inc. Me and MY ISIS Brothers Are going to Blowup Your Chemical Plant or Factory if You don't Pay me $80,0000 dollars direct deposit to my NAME I'm Arranging my ISIS Brothers to Blow up Your Factory if you don't pay, with Heavy EXplosive's ready to go, it don't HAve to go to that So Please Just Pay and NoBody get's Hurt.

Sincerely JAmes COX

GOVERNMENT EXHIBIT



TO: Whom May Concern

I'm going to have my ISIS Brothers blow up Your hospital real soon with heavy explosives and Kill everybody like the World trade center Ya Are going down to Hell. P.S. don't use the elevator up

Sincerely, James Cox



To All You Judges and Prosecutors to Whom may Concern I will Kill All of You when I get out Shoot All of Ya with A M16 Assault Rifle with a nice scope on it many Bullets for All of Ya You cant Lock me up forever especially that dimwitted Prosecutor that's trying to Prosecute me I will personally Kill Her and decapitate, chop her head off After I Kidnap And fuck the Hell out of Her til She's Blue Roses Are Red and Blood is Blue Before I Kill You I will Kill You too After I fuck You against the tree or the Hood of Your own Car and hear You Scream Red Rum Grab You By Your Soft Blonde Hair And Light iron fire!

James Cox
5885 West River Rd.
Salem, Virginia 24153

Poff Building
210 Franklin Road
Roanoke, Virginia 24011

"I"





*[Envelope, rotated]*

From: ames Cox, West River Rd., Virginia 24153

WVRJ INMATE MAIL

To: Poff Building, 210 Franklin Rd., Roanoke, Virginia 24011

This is me again JAMES CoX rememeBer me Judge Doumar when you sentence me to prision and That Prosecutor Now I am Kill Ya I ShooT and kill Ya when I get out of JAil and Ya whole family you wexT on my shit list Doumar You Be Judged I'll Finish Georgew.Bush off After I Shoot him I'll Shoot and Kill you Doumar and That stupid Presucutor

I Blow Your fucking CAr up Asshole with You in it how dare you I cutt You Heart out and Cook it and eat it

Doumar some Judge You Be I Kill You sonofaBitch

I get ya one By one first Bush, then you You sinned against me Doumar

sincerly
James M. Cox

The enclosed letter processed through special mailing Procedure for forwarding to you. The letter has neither been Opened nor inspected. If the writer raises a question or problem Over which this facility has jurisdiction, you may wish to return The material for further information or clarification. If the writer Encloses correspondence for forwarding to another address, please Return the enclosed to the following address:
FEDERAL DETENTION CENTER
PO BOX 019120
MIAMI, FL 33101

DATE: APR 28 2016

James Cox #54462-083
FDC Miami
P.O. Box 019120
Miami, Florida 33101

Honorable Colleen McMahon
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 640
New York, NY 10007

Dear,
Judge McMahon
I write you to let you know I'm going to kill you murder you I'm going to kidnap, you take you out into the desert and fuck you then shoot your brain's out then fuck your dead body one more time again then leave you in the hot desert sun your dead body for the vulture's and coyote's/feast and desert beast.
See you later on
Colleen Baby!